**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Roberto Virola, pro se | COURT CASE NUMBER: 03-10713-DPW |
| DEFENDANT: Mr. John Jones, et al. | TYPE OF PROCESS: Personal injury |

**SERVE**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Legal Divison Department of Correction

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
70 Franklin Street Suite 600 Boston, MA. 02110-1300

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Roberto Virola, W62663
MCI-Shirley Medium
P.O. Box 1218
Shirley, Mass. 01464

- Number of process to be served with this Form - 285: 3
- Number of parties to be served in this case: (20) defendants
- Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: Roberto Virola pro se
☑ PLAINTIFF ☐ DEFENDANT
DATE: 8/19/04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date: 8/23/04 |

☑ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

Address (complete only if different than shown above):
Old Colony Correctional Center
Bridgewater, MA

Date of Service: 11/18/04   Time: pm

Signature of U.S. Marshal or Deputy:

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 90.00 | 20.44 | -0- | 110.44 | | |

REMARKS:
(1) 11/15/04 Mr. Jones works days at OCCF. He had today off ___
(2) Served 11/15/04 2/

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS.

FILED
2004 AUG 19 A 11: 05
U.S. DISTRICT COURT
DISTRICT OF MASS

ROBERTO VIROLA,
PLAINTIFF.

V.

MR. JOHN JONES, ET AL.
DEFENDANTS.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

TO: (Name and address of Defendant)

To: MR. JOHN JONES,
At: LEGAL DIVISON DEPARTMENT OF CORRECTION
    70 FRANKLIN STREET SUITE 600,
    BOSTON, MASS. 02110-1300.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ROBERTO VIROLA, PLAINTIFF PRO-SE
MCI-SHIRLEY MEDIUM
P.O. BOX 1218
SHIRLEY, MASS. 01464.

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK                                                    5-20-04
                                                         DATE
(By) DEPUTY CLERK